```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Christian Gerard Gibson,

    Plaintiff,

    v.                          Case No. 2:19-cv-5001

Commissioner of
Social Security,

    Defendant.

## ORDER

This matter is before the court for consideration of the December 16, 2020, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge concluded that the administrative law judge erred in his consideration of the opinion of Dr. Trevor A. Davy, D.P.M, plaintiff's treating physician, and failed to give good reasons for giving Dr. Davy's opinion only partial weight. The magistrate judge recommended that plaintiff's first assignment of error be sustained, that the decision of the Commissioner be reversed, and that the case be remanded pursuant to 42 U.S.C.§405(g), sentence four, for further proceedings.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report will result in a waiver of the right to de novo review by the district judge and a waiver of the right to appeal the judgment of the district court. Doc. 13, p. 28. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The court agrees with the report and recommendation of the magistrate judge (Doc. 13) and it is hereby adopted.  Plaintiff's first assignment of error is sustained.  The decision of the Commissioner is reversed, and this case is remanded to the Commissioner under 42 U.S.C. §405(g), sentence four, for further proceedings consistent with the report and recommendation.  The clerk shall enter judgment reversing the decision of the Commissioner and remanding this case.

Date: January 6, 2021            s/James L. Graham
                                 James L. Graham
                                 United States District Judge